UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:20CR379 SEP |
| KEVIN INGRAM, JR., | ) |
| Defendant. | ) |

## WAIVER OF SPEEDY TRIAL

Comes now Defendant, and waives his right to a speedy trial guaranteed under the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

WHEREFORE, Defendant requests this Honorable Court accept the waiver of his rights under the Speedy Trial Act.

Respectfully Submitted:

Kevin M. Ingram, Jr.

/s/ Chastidy Dillon-Amelung

Chastidy Dillon-Amelung,
52041MO
P.O. Box 50227
Clayton, MO 63105
chastidy@dillon-amelung.com
573-424-6191 – cell phone
Attorney for Defendant

## CERTIFICATE OF SERVICE

Signature above is also certification that a true and correct copy of the above and foregoing document has been filed this 6th day of July, 2021, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney for the Eastern District of Missouri.